This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports.  Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions.  Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

## IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-41914**

**JESUS ORNELAS,**

Petitioner-Respondent,

v.

**NEW MEXICO DEPARTMENT OF WORKFORCE SOLUTIONS,**

Respondent-Petitioner,

and

**NETFLIX and HARDER THEY FALL,**

Respondents-Respondents.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Marie C. Ward, District Judge**

Jesus Ornelas
Albuquerque, NM

Pro Se Petitioner-Respondent

New Mexico Department of Workforce Solutions
Andrea Christman
Will Lusk-Claiborne
Albuquerque, NM

for Respondent-Petitioner

### MEMORANDUM OPINION

**WRAY, Judge.**

**{1}** Summary reversal was proposed for the reasons stated in the notice of proposed summary disposition. Respondent-Petitioner has filed a memorandum in support of that disposition. No memorandum opposing the proposed disposition has been filed, and the time for doing so has expired. Accordingly, we rely on the reasoning contained in our notice of proposed disposition. **REVERSED**.

**{2}** **IT IS SO ORDERED.**

**KATHERINE A. WRAY, Judge**

**WE CONCUR:**

**JENNIFER L. ATTREP, Chief Judge**

**KRISTINA BOGARDUS, Judge**